GREGORY K. WILKINSON, Bar No 054809
STEVEN M. ANDERSON, Bar No. 186700
PAETER E. GARCIA, Bar No. 199580
MELISSA R. CUSHMAN, Bar No. 246398
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P. O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083
Gregory.Wilkinson@BBKlaw.com

Attorneys for Plaintiff
STATE WATER CONTRACTORS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE WATER CONTRACTORS,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH L. SALAZAR, Secretary of the United States Department of Interior; UNITED STATES DEPARTMENT OF INTERIOR; ROWAN W. GOULD, Acting Director, United States Fish and Wildlife Service; UNITED STATES FISH AND WILDLIFE SERVICE; and DOES 1 through 5, inclusive,<br><br>    Defendants.<br><br>LESTER SNOW, Director, California Department of Water Resources; CALIFORNIA DEPARTMENT OF WATER RESOURCES,<br><br>    Real Parties in Interest. | Case No. 1:09-CV-422 OWW GSA<br><br>Judge: Hon. Oliver W. Wanger<br><br>**ORDER**<br><br>[Filed Concurrently with Stipulation to Combine Scheduling Conferences]<br><br>Date:     June 11, 2009<br>Time:     8:15 a.m.<br>Courtroom: 3 |

[PROPOSED] ORDER

# **ORDER**

In light of the foregoing stipulation of the parties, and good cause appearing therefor, the Court orders that the date for the Scheduling Conference in the above-referenced case is hereby changed to June 18, 2009, at 8:15 a.m.

IT IS SO ORDERED.

Dated:  June 2, 2009         /S/ OLIVER W. WANGER
                             HONORABLE OLIVER W. WANGER, U.S. DISTRICT COURT
                             JUDGE, EASTERN DISTRICT OF CALIFORNIA

RVPUB\MCUSHMAN\762038.1