UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DELTA SMELT CASES | CASE NO.   1:09-cv-407-LJO-DLB<br>1:09-cv-422-LJO-DLB<br>1:09-cv-631-LJO-DLB<br>1:09-cv-892-LJO-GSA<br>PARTIALLY CONSOLIDATED WITH:<br>1:09-cv-480-LJO-GSA<br>1:09-cv-1201-LJO-DLB |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al. (Case No. 1:09-cv-407) | |
| STATE WATER CONTRACTORS v. SALAZAR, et al. (Case No. 1:09-cv-422) | |
| COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-480) | **SECOND JOINT STIPULATION AND ORDER AMENDING SCHEDULE FOR TRANSMITTAL OF DRAFT SMELT BIOLOGICAL OPINION** |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH & WILDLIFE SERVICE, et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-892) | Judge:      Honorable Lawrence J. O'Neill |
| FAMILY FARM ALLIANCE v. SALAZAR, et al. (Case No. 09-cv-1201) | |

-1-

**RECITALS**

1. On May 19, 2011, this Court entered its Amended Judgment in these *Delta Smelt Consolidated Cases* requiring the United States Fish and Wildlife Service ("FWS") to "transmit to [the Bureau of] Reclamation by October 1, 2011 a draft delta smelt Biological Opinion consistent with the requirements of law." (Amended Judgment, Doc. 884 at 3:18-19.)

2. On September 30, 2011, this Court vacated the October 1, 2011 deadline in the Amended Judgment (Doc. 884) for transmittal of the draft delta smelt Biological Opinion ("draft BiOp"). (Doc. 1061.) The Court ordered instead that by October 31, 2011 the parties file a written report stating whether the parties have jointly agreed upon a revised completion date for the draft BiOp. The Court further ordered that failing such agreement, the draft BiOp was to be transmitted by November 11, 2011.

3. Since the Court's order, a number of the parties have engaged in discussions regarding a restructuring of the consultation process and a new deadline for the draft BiOp, but have not yet reached agreement. However, these parties would like to continue these discussions, and agree they need more time beyond October 31, 2011 to complete discussions and potentially reach agreement.

Good cause exists for the granting of the below requested schedule change for transmittal of the draft BiOp, and the parties respectfully request that the dates set by this Court be modified as shown below.

**STIPULATION**

Plaintiffs San Luis & Delta-Mendota Water Authority, Westlands Water District, State Water Contractors, Metropolitan Water District of Southern California, Coalition for a Sustainable Delta, Kern County Water Agency, Stewart & Jasper Orchards, Arroyo Farms, LLC, King Pistachio Grove, and Family Farm Alliance ("Plaintiffs"), Plaintiff-Intervenor California Department of Water Resources ("DWR"), Federal Defendants, and Defendant-Intervenors Natural Resources Defense Council and The Bay Institute by and through their respective counsel, hereby stipulate and agree as follows:

1. The October 31, 2011 and November 11, 2011 deadlines in the Court's previous order (Doc. 1061) should be hereby vacated to allow time for further discussions between now and December 2, 2011.

2. By December 2, 2011, the parties shall file with the Court a written report, preferably a joint report, stating whether the parties have jointly agreed to a remand schedule. .

3. If there is not agreement among all parties, then the draft BiOp shall be transmitted no later than December 14, 2011.

**SO STIPULATED.**

Dated:  October 31, 2011          H. CRAIG MANSON
                                  Westlands Water District
                                  DIEPENBROCK ELKIN, LLP
                                  KRONICK, MOSKOVITZ, TIEDEMANN &
                                  GIRARD
                                  A Professional Corporation


                                  By   */s/ Daniel J. O'Hanlon*
                                     DANIEL J. O'HANLON
                                     EILEEN M. DIEPENBROCK
                                     Attorneys for Plaintiffs
                                     SAN LUIS & DELTA-MENDOTA WATER
                                     AUTHORITY and WESTLANDS WATER
                                     DISTRICT


Dated:  October 31, 2011          BROWNSTEIN HYATT FARBER SCHRECK LLP


                                  By:   */s/ Steve O. Sims*
                                     STEVE O. SIMS
                                     MICHELLE C. KALES
                                     Attorneys for Plaintiff
                                     WESTLANDS WATER DISTRICT

| | |
|---|---|
| Dated:  October 31, 2011 | BEST BEST & KRIEGER LLP |

By:  *lsl Steven M. Anderson*
    GREGORY K. WILKINSON
    STEVEN M. ANDERSON
    PAETER E. GARCIA
    MELISSA R. CUSHMAN
    Attorneys for Plaintiff
    STATE WATER CONTRACTORS

Dated:  October 31, 2011    NOSSAMAN LLP

By:  *lsl Paul S. Weiland*
    ROBERT D. THORNTON
    PAUL S. WEILAND
    AUDREY HUANG
    Attorneys for Plaintiffs
    COALITION FOR A SUSTAINABLE DELTA
    and KERN COUNTY WATER AGENCY

Dated:  October 31, 2011    MORRISON & FOERSTER LLP

By:  */s/ William M. Sloan*
    CHRISTOPHER J. CARR
    WILLIAM M. SLOAN
    Attorneys for Plaintiff
    THE METROPOLITAN WATER
    DISTRICT OF SOUTHERN CALIFORNIA

| | | |
|---|---|---|
| 1 | Dated:  October 31, 2011 | PACIFIC LEGAL FOUNDATION |
| 2 | | |
| 3 | | By: __/s/ Brandon M. Middleton_____ |
| 4 | | M. REED HOPPER<br>DAMIEN M. SCHIFF |
| 5 | | BRANDON M. MIDDLETON<br>Attorneys for Plaintiffs |
| 6 | | STEWART & JASPER ORCHARDS;<br>ARROYO FARMS, LLC; and KING |
| 7 | | PISTACHIO GROVE |
| 8 | | |
| 9 | Dated:  October 31, 2011 | THE BRENDA DAVIS LAW GROUP |
| 10 | | |
| 11 | | By: __/s/ Brenda W. Davis_____ |
| 12 | | BRENDA W. DAVIS<br>LESLIE R. WAGLEY |
| 13 | | Attorneys For Plaintiff<br>FAMILY FARM ALLIANCE |
| 14 | Dated:  October 31, 2011 | KAMALA D. HARRIS, ATTORNEY GENERAL<br>OF THE STATE OF CALIFORNIA |
| 15 | | |
| 16 | | By: __/s/ Clifford T. Lee_____ |
| 17 | | CLIFFORD T. LEE<br>CECILIA L. DENNIS |
| 18 | | MICHAEL M. EDSON<br>ALLISON GOLDSMITH |
| 19 | | Deputies Attorney General<br>Attorneys for Plaintiff-In-Intervention |
| 20 | | CALIFORNIA DEPARTMENT OF WATER<br>RESOURCES |

Dated: October 31, 2011         IGNACIA S. MORENO, ASSISTANT ATTORNEY GENERAL
United States Department of Justice, Environmental & Natural Resources Division
SETH M. BARSKY, CHIEF

By: __/s/ S. Jay Govindan_____
    S. JAY GOVINDAN
    Wildlife & Marine Resources Section
    Attorneys for FEDERAL DEFENDANTS

Dated: October 31, 2011         NATURAL RESOURCES DEFENSE COUNCIL

By: __/s/ Katherine Poole_____
    KATHERINE POOLE
    DOUG OBEGI
    Attorneys for Defendant-Intervenor NATURAL RESOURCES DEFENSE COUNCIL

Dated: October 31, 2011         EARTH JUSTICE

By: __/s/ Trent W._____
    TRENT W. ORR
    GEORGE M. TORGUN
    Attorneys for Defendant-Intervenors NATURAL RESOURCES DEFENSE COUNCIL; THE BAY INSTITUTE

## ORDER

Based on the stipulation of the above parties, the Court hereby vacates the previously ordered October 31, 2011 deadline for submission of a written status report, and the alternative November 11, 2011 deadline for transmittal of the draft delta smelt Biological Opinion ("draft BiOp"). By December 2, 2011, the parties shall file with the Court a written report, preferably a joint report, stating whether the parties have jointly agreed upon the three items listed above in the stipulation. If there is not agreement among all parties on these items, then the draft BiOp shall be transmitted no later than December 14, 2011.

IT IS SO ORDERED.

Dated:  **November 1, 2011**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

SECOND JOINT STIPULATION AND ORDER AMENDING SCHEDULE FOR TRANSMITTAL OF DRAFT SMELT BIOP